UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LARRY SMITH,<br><br>   Petitioner,<br><br> v.<br><br>RONALD DAVIS,<br><br>   Respondent. | Case No. 18-cv-02629-JD<br><br>**JUDGMENT** |

Pursuant to the order of dismissal signed today this case is dismissed without prejudice and closed.

**IT IS SO ORDERED.**

Dated: August 14, 2018

                              
JAMES DONATO
United States District Judge

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LARRY SMITH,<br><br>    Plaintiff,<br><br>v.<br><br>RONALD DAVIS,<br><br>    Defendant. | Case No. 18-cv-02629-JD<br><br>**CERTIFICATE OF SERVICE** |

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on August 14, 2018, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Larry Smith ID: AG3692
San Quentin State Prison
San Quentin, CA 94974


Dated: August 14, 2018

                                              Susan Y. Soong
                                              Clerk, United States District Court

                                              By: /s/ Lisa R. Clark
                                              LISA R. CLARK, Deputy Clerk to the
                                              Honorable JAMES DONATO